No. 82–276.   DIRKS *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. D. C. Cir.   Certiorari granted. ■

No. 82–331.   NEW MEXICO ET AL. *v.* MESCALERO APACHE TRIBE.   C. A. 10th Cir.   Certiorari granted. ■

No. 82–502.   PALLAS SHIPPING AGENCY, LTD. *v.* DURIS. C. A. 6th Cir.   Certiorari granted. ■

No. 82–168.   NATIONAL LABOR RELATIONS BOARD *v.* TRANSPORTATION MANAGEMENT CORP.   C. A. 1st Cir. Motion of Council on Labor Law Equality for leave to file a brief as *amicus curiae* granted.   Certiorari granted. ■

No. 81–2152.   WASSERMAN ET AL. *v.* WASSERMAN. C. A. 4th Cir.   Certiorari denied. ■

No. 81–2324.   SMITH *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied. ■

No. 81–6820.   BORCHERDING *v.* UNITED STATES ET AL. C. A. 6th Cir.   Certiorari denied. ■

No. 81–6844.   DESANTIS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied. ■

No. 81–6870.   CHAKA *v.* MORRIS ET AL.   C. A. 7th Cir. Certiorari denied.

No. 81–6875.   FASICK *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied. ■

No. 81–6883.   MORALES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied. ■